IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIE ODOM-GREEN

Plaintiff,

v.   No. 13-00631-DRH

WAL-MART STORES, INC.,
d/b/a WAL-MART SUPERCENTER
and MATT GEHRS,

Defendants.

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a stipulation for dismissal (Doc. 18). Specifically, the stipulation states that the case has settled and that this matter may be dismissed with prejudice with each party to bear its own costs. Thus, the Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 25th day of November, 2013.

Digitally signed by
David R. Herndon
Date: 2013.11.25
12:12:30 -06'00'

Chief Judge
United States District Court