UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MARIE ODOM-GREEN,

    Plaintiff,

v.

WAL-MART STORES, INC. *d/b/a*
*Wal-Mart Supercenter* **and MATT GEHRS,**

    Defendants.                   No. 13-cv-631-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by all parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Motion to Dismiss for Failure to State a Claim entered on November 8, 2013 (Doc. 17) and Order Dismissing Case entered on November 25, 2013 (Doc. 19), this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                BY:     /s/*Sara Jennings*
                                                 Deputy Clerk

Dated:   November 26, 2013

                      Digitally signed by
                      David R. Herndon
                      Date: 2013.11.26
APPROVED:        12:48:07 -06'00'
             CHIEF JUDGE
             U. S. DISTRICT COURT